1
2
3
4                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
5                                AT TACOMA

6   JEREMY RYAN TIESKOTTER,
                                                No. C11-5525 BHS/KLS
7                              Petitioner,
                                                ORDER DIRECTING SUBSTITUTION OF
8          v.                                   PARTY

9   STATE OF WASHINGTON,

10                             Respondent.

11         Mr. Tieskotter has filed a petition for writ of habeas corpus naming the State of

12  Washington as Respondent.  ECF No. 1.  The proper respondent to a habeas petition is the

13  "person who has custody over [the petitioner]."  28 U.S.C. § 2242; see also § 2243; *Brittingham*

14  *v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir.

15  1989).  According to his petition, Mr. Tieskotter is currently confined at the Washington State

16  Penitentiary in Walla Walla,Washington.  The Superintendent of the Washington State

17
    Penitentiary is Stephen D. Sinclair.
18

19          Accordingly, the Clerk of Court is directed to substitute Stephen D. Sinclair as the

20  Respondent in this action.   The Clerk shall send copies of this Order to Petitioner and counsel

21  for Respondent.

22
           DATED this  19th  day of July, 2011.
23

24
                                                _____
25                                              Karen L. Strombom
                                                United States Magistrate Judge
26

ORDER  - 1