UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMY RYAN TIESKOTTER,

          Petitioner,

     v.

STEPHEN D. SINCLAIR,

          Respondent.

Case No. C11-5525BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 12).

      The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

      (1)    The R&R is **ADOPTED**;

      (2)    A Certificate of Appealability is **DENIED**;

      (3)    The petition is **DENIED;** and

      (4)    This action is **DISMISSED**.

      DATED this 24th day of January, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER