# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JEREMY RYAN TIESKOTTER,<br><br>Petitioner,<br><br>v.<br><br>STEPHEN D. SINCLAIR,<br><br>Respondent. | Case No. C11-5525BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 12).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) A Certificate of Appealability is **DENIED**;

(3) The petition is **DENIED;** and

(4) This action is **DISMISSED**.

DATED this 24th day of January, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER